IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WHITNEY N. FELDER, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-CV-3525 |
| | : | |
| EX- CAROLYN W. COLVIN, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this 26th day of November, 2019, upon consideration of Plaintiff Whitney N. Felder's Motion to Proceed *In Forma Pauperis* (ECF No. 7), and *pro se* Amended Complaint (ECF No. 5) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Amended Complaint is **DEEMED** filed.

3. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons stated in the Court's Memorandum. However, nothing in this Order should be construed to prevent Felder from proceeding in her previously-filed social security case, *Felder v. Berryhill*, Civ. A. No. 19-151 (E.D. Pa.).

4. The Clerk of Court shall **CLOSE** this case.

                                          **BY THE COURT:**

                                          **/s/Wendy Beetlestone, J.**

                                          **WENDY BEETLESTONE, J.**